UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------

|  |  |  |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor | : | Civil Action |
|  | : | File No. 05-6786<br>(Jones, USDJ; Eaton, USMJ) |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | A M E N D E D<br>C O M P L A I N T |
| LMC also known as Lage Management Corporation,<br>Atlantic Auto Care Center, Inc.,  Boston Road Lube, Inc.,<br>Boulevard Car Wash of N.Y., Inc.,  Bronx River Lube, Inc.,<br>First Avenue Lube Corp.,  Michael's Car Wash, Inc.,<br>Midnight Express Lube, Inc.,  613 Car Wash Corp.,<br>and JOHN LAGE, Individually and as President;<br>VIP Wash & Lube, Inc.,  Valdemiro Santos,<br>Individually and as President of VIP Wash & Lube, Inc.,<br>Tremont Car Wash, Inc.,  Webster Car Wash, Inc.,<br>Webster Hand Car Wash Corp., and Jenny Monteiro<br>Individually and as President of Tremont Car Wash, Inc.,<br>Webster Car Wash, Inc.; and Webster Hand Car Wash Corp. | : |  |
|  | : |  |
| Defendants | : |  |

---------------------------------------------------------------------

  Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, brings

this action under Sections 16(c) and 17 of the Fair Labor Standards Act of 1938, as amended, (29

U.S.C. §201, *et seq*.), ("the Act"), alleging that defendants violated sections 6, 7, 11(c), 15(a)(2),

and 15(a)(5) of the Act.

I.

  Jurisdiction of this action is conferred upon the Court by Section 17 of the Act and 28

U.S.C. Sections 1331 and 1345.

II.

Defendant LMC, also known as Lage Management Corporation, is a corporation organized under the laws of the State of New York having its principal office and place of business at 4391 Boston Post Road, Pelham Manor, New York 10803 within the jurisdiction of this court, where it is engaged in the business of operating car washes, lube shops and related activities, including owning subsidiary separately incorporated car washes and lube shops.

III.

Defendant Atlantic Auto Care Center, Inc. is a corporation organized under the laws of the State of New York having its principal office and place of business at 2591 Atlantic Avenue, Brooklyn, New York 11207-2414 within the jurisdiction of this court, where it is engaged in business as a car wash and lube shop and related activities, including owning subsidiary separately incorporated car washes and lube shops.

IV.

Defendant Boston Road Lube, Inc. is a corporation organized under the laws of the State of New York having its principal office and place of business at 2407 Boston Road, Bronx, New York 10467 within the jurisdiction of this court, where it is engaged in business as a car wash and lube shop and related activities.

V.

Defendant Boulevard Car Wash of N.Y., Inc. is a corporation organized under the laws of the State of New York having its principal office and place of business at 315 Grand Concourse, Bronx, NY 10451 within the jurisdiction of this court, where it is engaged in business as a car wash and lube shop and related activities.

VI.

Defendant Bronx River Lube, Inc. is a corporation organized under the laws of the State of New York having its principal office and place of business at 4300 Bronx Boulevard, Bronx, NY 10466 within the jurisdiction of this court, where it is engaged in business as a car wash and lube shop and related activities.

VII.

Defendant First Avenue Lube Corp. is a corporation organized under the laws of the State of New York having its principal office and place of business at 334 East 109th Street, New York, NY 10001 within the jurisdiction of this court, where it is engaged in business as a car wash and lube shop and related activities.

VIII.

Defendant Michael's Car Wash, Inc. is a corporation organized under the laws of the State of New York having its principal office and place of business at 36-21 21st Street, Astoria, NY 11106 within the jurisdiction of this court, where it is engaged in business as a car wash and lube shop and related activities.

IX.

Defendant Midnight Express Lube, Inc. is a corporation organized under the laws of the State of New York having its principal office and place of business at 90-55 Desarc Road, Ozone Park, NY 11417 within the jurisdiction of this court, where it is engaged in business as a car wash and lube shop and related activities.

X.

Defendant 613 Car Wash Corp. is a corporation organized under the laws of the State of New York having its principal office and place of business at 613 North Avenue, New Rochelle, NY 10804 within the jurisdiction of this court, where it is engaged in business as a car wash and lube shop and related activities.

XI.

Defendant VIP Wash & Lube, Inc. is a corporation organized under the laws of the State of New York having its principal office at 1650 Bushwick Avenue, Brooklyn, NY 11207 and a place of business at 452 South Avenue Staten Island, NY 10303 within the jurisdiction of this court, where it is engaged in business as a car wash and lube shop and related activities.

XII.

Defendant Tremont Car Wash, Inc. is a corporation organized under the laws of the State of New York having its principal office and place of business at 1095 East Tremont Avenue, Bronx, NY 10460 within the jurisdiction of this court, where it is engaged in business as a car wash and related activities.

XIII.

Defendant Webster Car Wash, Inc. is a corporation organized under the laws of the State of New York having its principal office and place of business at 1783 Webster Avenue, Bronx, NY 10457 within the jurisdiction of this court, where it is engaged in business as a car wash and related activities.

XIV.

Defendant Webster Hand Car Wash Corp. is a corporation organized under the laws of the State of New York having its principal office and place of business at 2669-2673 Webster Avenue, Bronx, NY 10458 within the jurisdiction of this court, where it is engaged in business as a car wash and lube shop and related activities.

XV.

Defendant John Lage, who resides at 85 Lakeshore Drive, Eastchester, New York 10709-5208 and who maintains a principal office and place of business at 4391 Boston Post Road, Pelham Manor, New York 10803 within the jurisdiction of this court is president of the defendant corporations Atlantic Auto Care Center, Inc., Auto Care Lubes, Ltd., Boston Road Lube, Inc., Boulevard Car Wash of N.Y., Inc., Bronx River Lube, Inc., First Avenue Lube Corp., Michael's Car Wash, Inc., Midnight Express Lube, Inc., 613 Car Wash Corp., LMC also known as Lage Management Corporation; acted directly and indirectly in the corporations' interests in relation to their employees, and was thus an employer of the employees within the meaning of section 3(d) of the Act. Defendant John Lage also own shares in and is an investor in defendant corporations VIP Wash & Lube, Inc., Tremont Car Wash, Inc., Webster Car Wash, Inc. and Webster Hand Car Wash, Inc.

XVI.

Defendant Valdemiro Santos, who maintains a principal office at 1650 Bushwick Avenue, Brooklyn, NY 11207 and a place of business at 452 South Avenue Staten Island, NY 10303 within the jurisdiction of this court is president of the defendant corporation VIP Wash &

Lube, Inc., acted directly and indirectly in the corporation's interests in relation to its employees, and was thus an employer of the employees within the meaning of section 3(d) of the Act.

## XVII.

Defendant Jenny Monteiro, who maintains a principal offices and places of business at 1095 East Tremont Avenue, Bronx, NY 10460, 1783 Webster Avenue, Bronx, NY 10457, and2669-2673 Webster Avenue, Bronx, NY 10458, within the jurisdiction of this court is president of the defendant corporations Tremont Car Wash, Inc., Webster Car Wash, Inc. and Webster Hand Car Wash, Inc., acted directly and indirectly in the corporation's interests in relation to their employees, and was thus an employer of the employees within the meaning of section 3(d) of the Act.

## XVIII.

Defendant corporation LMC, also known as Lage Management Corporation, has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

## XIX.

Defendant corporation Atlantic Auto Care Center, Inc. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

XX.

Defendant corporation Boston Road Lube, Inc. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

XXI.

Defendant corporation Boulevard Car Wash of N.Y., Inc. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

XXII.

Defendant corporation Bronx River Lube, Inc. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

XXIII.

Defendant corporation First Avenue Lube Corp. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

XXIV.

Defendant corporation Michael's Car Wash, Inc. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act..

XXV.

Defendant corporation Midnight Express Lube, Inc. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

XXVI.

Defendant corporation 613 Car Wash Corp. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

XXVII.

Defendant corporation VIP Wash & Lube, Inc. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

## XXVIII.

Defendant corporation Tremont Car Wash, Inc. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act..

## XXIX.

Defendant corporation Webster Car Wash, Inc. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

## XXX.

Defendant corporation Webster Hand Car Wash Corp. has regulated the employment of all persons employed by said corporation, acted directly and indirectly in the corporation's interest in relation to said employees, and was thus an employer of said employees within the meaning of section 3(d) of the Act.

## XXXI.

The business activities of the defendants are related and performed through unified operation or common control for a common business purpose and constitute an enterprise within the meaning of section 3(r) of the Act.

## XXXII.

The business activities of the defendants LMC, also known as Lage Management Corporation, Atlantic Auto Care Center, Inc., Auto Care Lubes, Ltd., Boston Road Lube, Inc., Boulevard Car Wash of N.Y., Inc., Bronx River Lube, Inc., First Avenue Lube Corp., Michael's Car Wash, Inc., Midnight Express Lube, Inc., 613 Car Wash Corp., and John Lage, are related and performed through unified operation or common control for a common business purpose and constitute an enterprise within the meaning of section 3(r) of the Act.

## XXXIII.

The business activities of the defendants VIP Wash & Lube, Inc., and Valdemiro Santos, and John Lage are related and performed through unified operation or common control for a common business purpose and constitute an enterprise within the meaning of section 3(r) of the Act.

## XXXIV.

The business activities of the defendants Tremont Car Wash, Inc., Webster Car Wash, Inc., Webster Hand Car Wash Corp. and Jenny Monteiro and John Lage are related and performed through unified operation or common control for a common business purpose and constitute an enterprise within the meaning of section 3(r) of the Act.

## XXXV.

Defendants employ employees at their places of business in the activities of the enterprise engaged in commerce or in the production of goods for commerce, including employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce. The enterprise has an annual gross volume of sales made or business done in an amount not less than $500,000.00  Therefore, the employees are employed in an

enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1)(A) of the Act.

## XXXVI.

Defendants LMC, also known as Lage Management Corporation, Atlantic Auto Care Center, Inc., Auto Care Lubes, Ltd., Boston Road Lube, Inc., Boulevard Car Wash of N.Y., Inc., Bronx River Lube, Inc., First Avenue Lube Corp., Michael's Car Wash, Inc., Midnight Express Lube, Inc., 613 Car Wash Corp., and John Lage employ employees at their places of business in the activities of the enterprise engaged in commerce or in the production of goods for commerce, including employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce. The enterprise has an annual gross volume of sales made or business done in an amount not less than $500,000.00  Therefore, the employees are employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1)(A) of the Act.

## XXXVII.

Defendants VIP Wash & Lube, Inc., and Valdemiro Santos, and John Lage employ employees at their places of business in the activities of the enterprise engaged in commerce or in the production of goods for commerce, including employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce. The enterprise has an annual gross volume of sales made or business done in an amount not less than $500,000.00  Therefore, the employees are employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1)(A) of the Act.

XXXVIII.

Defendants Tremont Car Wash, Inc., Webster Car Wash, Inc., Webster Hand Car Wash Corp. and Jenny Monteiro and John Lage employ employees at their places of business in the activities of the enterprise engaged in commerce or in the production of goods for commerce, including employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce.  The enterprise has an annual gross volume of sales made or business done in an amount not less than $500,000.00  Therefore, the employees are employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1)(A) of the Act.

XXXIX.

Defendants in many workweeks, willfully and repeatedly violated, and are still violating, the provisions of sections 6 and 15(a)(2) of the Act by paying many of their employees employed in an enterprise engaged in commerce or in the production of goods for commerce, wages at rates less than the applicable statutory minimum rate prescribed in Section 6 of the Act and thus, defendants are liable for unpaid minimum wage compensation owing to their employees under section 6 of the Act and an additional equal amount as liquidated damages pursuant to section 16(c) of the Act or, in the event liquidated damages are not awarded, unpaid minimum wages and prejudgment interest on the unpaid minimum wages under section 17 of the Act.

XL.

Defendants in many workweeks willfully and repeatedly have violated, and are still violating, the provisions of sections 7 and 15(a)(2) of the Act by employing many of their employees employed in an enterprise engaged in commerce or in the production of goods for commerce, for workweeks longer than those prescribed in section 7 of the Act without

compensating the employees for their employment in excess of the prescribed hours at rates not less than one and one-half times the regular rates at which they are employed. Therefore, defendants are liable for unpaid overtime compensation and an equal amount in liquidated damages under section 16(c) of the Act, or, in the event liquidated damages are not awarded, unpaid overtime compensation and prejudgment interest on said unpaid overtime compensation under section 17 of the Act.

## XLI.

Defendants willfully and repeatedly are violating the provisions of sections 11(c) and 15(a)(5) of the Act, in that defendants failed to make, keep, and preserve adequate and accurate records of their employees and of the wages, hours, and other conditions of employment which they maintained as prescribed by the Regulations issued and found at 29 CFR Part 516; more specifically, the records kept by the defendants failed to show adequately and accurately, among other things, the hours worked each workday, the total hours worked each workweek, the regular rate of pay, the basis upon which wages were paid, the total straight-time earnings for each workweek, and/or the total overtime compensation for each workweek, with respect to many of their employees.

## XLII.

Defendants LMC, also known as Lage Management Corporation, Atlantic Auto Care Center, Inc., Auto Care Lubes, Ltd., Boston Road Lube, Inc., Boulevard Car Wash of N.Y., Inc., Bronx River Lube, Inc., First Avenue Lube Corp., Michael's Car Wash, Inc., Midnight Express Lube, Inc., 613 Car Wash Corp.,; and John Lage, Individually and as President since March 16, 2002 willfully and repeatedly have violated the provisions of the Act as alleged above.

XLIII.

Defendants VIP Wash & Lube, Inc., and Valdemiro Santos, individually and as president since June 20, 2003 willfully and repeatedly have violated the provisions of the Act as alleged above.

XLIV.

Defendants Tremont Car Wash, Inc., Webster Car Wash, Inc., Webster Hand Car Wash Corp. and Jenny Monteiro, individually as president, since June 20, 2003 willfully and repeatedly have violated the provisions of the Act as alleged above.

WHEREFORE, cause having been shown, plaintiff prays for judgment against defendants providing the following relief:

(1)     For an injunction issued pursuant to section 17 of the Act permanently restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation with defendants, from violating the provisions of sections 6, 7, 11, 15(a)(2), and 15(a)(5) of the Act; and

(2)     For an order pursuant to section 16(c) of the Act finding defendants liable for unpaid minimum wage and overtime compensation found due defendants' employees listed on the attached Exhibit A and an equal amount of liquidated damages (additional unpaid minimum wages and overtime compensation and liquidated damages may be owed to certain employees presently unknown to plaintiff for the period covered by this Complaint); or, in the event liquidated damages are not awarded;

(3)     For an injunction issued pursuant to section 17 of the Act restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation

with defendants, from withholding the amount of unpaid minimum wages and overtime compensation found due defendants' employees and prejudgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. §6621; and

(4)    For an order awarding plaintiff the costs of this action; and

(5)    For an order granting such other and further relief as may be necessary and appropriate.

DATED:  June 19, 2006
        New York, New York

HOWARD M. RADZELY
Solicitor of Labor

PATRICIA M. RODENHAUSEN
Regional Solicitor

EVAN R. BAROUH (ERB 7257)
Senior Trial Attorney

U.S. Department of Labor
Attorneys for Plaintiff.

POST OFFICE ADDRESS:

Patricia M. Rodenhausen
Regional Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. 212-337-2087
FAX  212-337-2112

EXHIBIT A

**Boston Road Lube, Inc.**
**2407 Boston Road**
**Bronx, NY 10467**

Manuel Salazar
Alberto Vasquez
Basu Tal
Jose Luis Serrano
Jose Gaitau
Julio Cesar Saldana
Jorge Selaya
Ignacio Macuitl
Carlos Saldona
Oscar
Enrique
Nelson
Delfino Godines
Jose H Giatan
Ciro Perez
Jose Antonio Getan
Pedro Cavanias
Seamons Errera Castillo
Carlos Saldana
Jorge Adrian Solaya

**First Avenue Lube Corp.**
**334 East 109th Street**
**New York, NY 10001**

Daniel Montero
Paulino Cabrera
Amos
Angel Atariguana
Hilberto Gustas
Ermalindo Valera
Angel Garcia
David De Los Santos
Perciano Sandovall
Panfilo Sandovall
Claudio Calindo
Noe Cuella Flores
Alturo Balderas
Bonifacio Cuellar

Benjamin Cuellar
Sissoko
Doko Kote
Sasar
Martinez
Bueao J
Felipe
Jose
Eusedio
Diego
Alexander
Saidu
Ruben
Julio
Jose D Lemus Cruz
Mustafa Doucoure
Usef Dramin
Ibrahim Fofana
Charles Kofiowusu
Mario
Danny
Coffi
Junior
Mohammed
Vier
Salim
Adam
Lourdes
Minerva
Diego Valdemora


**Michael's Car Wash, Inc.**
**36-21 21st Street**
**Astoria, NY  11106**

Fernando (DM)
Campos Federico
Campos Francisco
Ziggy
Pedro
Pineda Hildo
Levy Zoar
Zelaya Hilario
Vargas Nicholas
Martin Dominguez

Melara Manuel
Jovel Dagoberto
Jose Francisco Campos
Serafin
Menjivar
Bolivar
Ivo De Sousa Costa
Nicolas Keana Vargas
Jaime
Caballo
Elario
Fausto
Jorge
Martinez
Serrano Manuel
Maldonado
Manuel Melara
Hilario Zelaya
Hugo Campos
Adrian Molano Mendez
Martin Luis Hernandez
Ceasar Sosa
Angel Roya
Arturo Trinidad
Jaime Licona
Estevan Almanza
Guillermo Tiburcio
Alejandro Perez
Jorge Ulantiniso
Anacleto Jimenez
Jose Sosaro
Jose Luis Perez
Juan Cabanas
Mario Dela Cruz
Hildo Pineda (night)
Amede Quedraogo
Momodou Gassama


**Boulevard Car Wash of N.Y., Inc.**
**315 Grand Concourse**
**Bronx, NY 10451**

Rafael Arellano
Modibo Camara
Biran Laye

Ousman Samasa
Luis T Morales
Alberto
Mousa
Soukuna
Golle
Lasana
Jabbie Musa
Martin K
Romi
Abdulea
Manu
Lendor
Bousseye Diagouraga
Jose Oscar
Banov Camara
Mohammed Cowi
Suresh Lal
Ibrahim Hakizimana
Jaime
Miguel Guzman
Romero Guzman
Castrulo Molina
Jose Jovel
Edwin Rodriguez (Chema)
Andres Molina
Adilio Valencia
Eduardo Morales
Victor Sanches
Carlos Monterosa
Carlos M Jovel
William Guzman
Rene Salamia
Numa Sohna (NM)
Abula Wsshe
Miguel
Manuel Gordillo
Orlando Castro
Mohammed Sona
Eric
Antonio Tobar
Salib Galub
Eddy Jovel
Sillah Basakiu
Salvadore Campos
Milton Cardenas (DM)

Buliy Ceesay
Cashiers
Marleny Guzman
Jane Doe
John Doe


**Bronx River Lube, Inc.**
**4300 Bronx Boulevard**
**Bronx, NY 10466**

Bouyagui Gory
Mohammed Bello
Ben
Emba
Elvis
Doucoure Demba
Osmar Ovelar
Hamed
Dioumas
Domingo
Wague
Koumba
Sekou
Ismalia
Ernesto Reyes
Jose Orlando Ortiz Nunez
Rigoberto Perez
Mauro Flores
Edwardo Alvarez
Bernardo Artiga
Luis Alonso Artiga
Miguel Martinez
Felix Adan Soriano
Louis Swasti
Isaiahs Mora
Osvaldo Pesantes (NM)
Roman Fajardo
Beningo Palacio
Gregorio Perez Isayas
Cristian Rios
Juan Mena
Osmin
Orlando O
Sergio G.
Josi

Emeterio
Avila
Pascual
Moises
Flo
Juan A.
Vicente
Marcelo
Victor
Humberto Ortiz
Josefat
Alex
Alonso
Oswaldo
Ramos Lemo
Cristian Rios
Jose A. Mena
Jose Soriano
Carlos Ayala
Fernando Martinez
Miguel Artiga
Carlos Ayala
Roberto Guevara
Nalini Khooblall
Jessica
Georgina D. Baldermora
Andrea Villon
Eduardo Ladines
Javier Flores

**Atlantic Auto Care Center, Inc.**
**2591 Atlantic Avenue**
**Brooklyn, NY 11207-2414**

John Doe 1
John Doe 2
John Doe 3
John Doe 4
John Doe 5
John Doe 6
Mario Morales
Juan Jesus
Jose Sandoval
Armando Samora
John Doe 1 (night)

John Doe 2 (night)
John Doe 3 (night)
John Doe 4 (night)
John Doe 5( night)
John Doe 1 (day)
John Doe 2 (day)
John Doe 3 (day)
John Doe 4 (day)
John Doe 5 (day)
John Doe 6 (day)
John Doe 7 (day)
John Doe 8 (day)
John Doe 9 (day)
John Doe 10 (day)
John Doe 11 (day)
John Doe 12 (day)
John Doe 13 (day)
John Doe 14 (day)
John Doe 1(Day)
John Doe 2(night)


**Midnight Express Lube, Inc.**
**90-55 Desarc Road**
**Ozone Park, NY  11417**

Jobbi
Miguel Marin
Sham
Mahamadou Tounkara
Wilson Manzano
Rudy Maharaj
Charles Kofi Owusu
Mahamadou Koita
Baboucar Taal
Jose Blandon
Eitan Iraeli
Modibu
Missa
Lassana Coulibaly
Esa
Robson Miranda
Francisco
Julio
Jorge
Silbino

Seth Roque
Walter
Cruz Aviles
Erasmo Eufracio
Jose
Helder Borges
Mario Roque
Juan Moreno
Carlos Coreas
George Orellana
Geraldo Moreno
Frey Rincon
Javier Nava
Fortino
Javier Rocque
Efrain Rincon Dominquez
Ricardo Alas Molina
Exjavier Sanches
Sergio Rafael
Victor
Cristobal
Casimiro
Carlos
Abel
Segundo
Osbaldo
Ramon Regalado
Augustin
Valentin Angel
Ernesto Marin
Barbara
Marisha
Paola
Daniel


**613 Car Wash Corp.**
**613 North Avenue**
**New Rochelle, NY 10804**

Nelson Orellana
Roberto Maravilla
Juan Medina
Salvadore Campos
Carlos Martinez
Jose Francisco

Mardo Robles - (NM)
Bolivar
Abelino
Erminio
Arnaldo
Pablo
Norberto
Mario
Salvator E. Melava
Efrain Gonzalez
Rosario Gonzalez
Marleny Guzman
Yazmin Fernandez
Mario Morales
Juan Jesus
Jose Sandoval
Armando Samora


**VIP Wash & Lube, Inc.**
**452 South Avenue**
**Staten Island, NY 10303**

Antonio Acevedo
Raul Anatasio
Carlos Calero
Boubacar Camara
Juan Carlos
Oscar Cautivo
Baldemero Divera
Artenio Doe
Fernando Doe
Lisette Echevers
Lorenzo Esquivel
Johnny Figuieoa
Eddie Garcia
Luis Garcia
Emilio Guzman
Roberto Guzman
Alex Hernandez
Manuel Hernandez
Geraldo Jay
Edgar Jiminez
Hector Lionel
Raul Lopez

Susan Mack
Marcelo Medina
Eddie Mints
Salvador Nanco
Gustavo Perez
Valarie Ramirez
Charise Rand
Manuel Rodriguez
Shanta Roper
Artur Saloj
Carlos Saloj
Kristle Sanchez
Laurie Sanchez
Walker Terrance
Bernadino Valasco
Alfredo Velasco
Manny Velasquez
Rosa Venancio

**Tremont Car Wash, Inc.**
**1095 East Tremont Avenue**
**Bronx, NY 10460**

Ismael Villanueva
Kerin Zelaya
Marcos Tulio
Keita Diaye
Alfred Doe
Samala Doe
Bekeya Doe
Giovani Doe
Joel Doe
Josue Doe
Sacko Doe
Prospev Doe
Nery Alexander Doe
Malranador Doe
Papa Doe
Reymundo Doe
Semga Doe
Jose Carbajal
Jose Domingo
Geraro Martinez
Bulmaro Velasquez
Thima Cisse

Armando Molina
Juan Antonio Molina
Sergio Lopez
Kane Sekou
Basiku Sillah
Maria Luisa Benitez
Manga Mory Sylla
Essa Jagana
Guillermo Melendez

**Webster Car Wash, Inc**
**1783 Webster Avenue**
**Bronx, NY 10457**

Benancio AntonioTiburcio
Armando Aquino
Jose Arsenio Rodriguez
Amara Cisse
Robert Correa
Hamedi Doe
Jawara Doe
Kass Doe
Kebe Doe
Mossi Doe
Pulo Doe
Richard Doe
Sacko Doe
Samba Doe
Josue Guerra
Aboubacar Hamani
Oscar Lopez
Bah Mamdou Bhoye
Alfredo Martinez Garcia
Gladys Paz
Jose Rafael Mejia
Juan Ramon Hidalgo
Belkys Rosado
Ernesto Salazar
Alberto Teodoro
Diallo Malla

**Webster Hand Car Wash Corp.**
**1865 Webster Avenue**
**Bronx, NY 10457**

Carlos Alexander Salazar Espinoza
Daniel Barrera
Antonio Benitez
Clemente Bonilla
Hamani Boukarie
Joel Cortez
Miriam Doe
Maria Dun Bhoke
Jesus Lozano
Rodolfo Ernesto Salazar
Timoteo San Juan
Alejandro Tredo

## ATTACHMENT

1. LMC also known as Lage Management Corporation
   4391 Boston Post Road
   Pelham Manor, New York 10803

2. Atlantic Auto Care Center, Inc.
   2591 Atlantic Avenue
   Brooklyn, New York 11207-2414

3. Boston Road Lube
   2407 Boston Road
   Bronx, New York 10467

4. Boulevard Car Wash of N.Y. Inc.
   315 Grand Concourse
   Bronx, New York 10451

5. Bronx River Lube Inc.
   4300 Bronx Boulevard
   Bronx, New York 10466

6. First Avenue Lube Corp.
   334 East 109th Street
   New York, New York 10001

7. Michael's Car Wash, Inc.
   36-21 21st Street
   Astoria, New York 11106

8. Midnight Express Lube, Inc.
   90-55 Desarc Road
   Ozone Park, New York 11417

9. 613 Car Wash Corp.
   613 North Avenue
   New Rochelle, New York 10804

10. VIP Wash & Lube, Inc.
    1650 Bushwick Avenue
    Brooklyn, New York 11207
    d/b/a 452 South Avenue
    Staten Island, New York 10303

11. Tremont Car Wash, Inc.
    1095 East Tremont Avenue
    Bronx, New York 10460

12. Webster Car Wash, Inc.
    1783 Webster Avenue
    Bronx, New York 10457

13. Webster Hand Car Wash Corp.
    2669-2673 Webster Avenue
    Bronx, New York 10458

13. John Lage
    85 Lakeshore Drive
    Eastchester, New York 10709-5208

14. Valdemiro Santos
    1650 Bushwick Avenue
    Brooklyn, New York 11207

        -and also-

    452 South Avenue
    Staten Island, New York 10303

15. Jenny Monteiro
    1095 East Tremont Avenue
    Bronx, New York 10460

        -and also-

    1783 Webster Avenue
    Bronx, New York 10457

        -and also-

    2669-2673 Webster Avenue
    Bronx, New York 10458